UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Southern New England, Inc.  ) Case No.:
)
)
Plaintiff )
) CORPORATION DISCLOSURE
vs. ) STATEMENT
) 04 11888 WGY
)
Mitchell Russo )
)
Defendant )
)
_____)

Pursuant to LR, D. Mass 7.3, the filing party, Comcast of Southern New England, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Southern New England, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Southern New England, Inc. is wholly owned by Comcast of Georgia/Massachusetts, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Counsel

8/26/04
Date

John M. McLaughlin
MCLAUGHLIN SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page   1