UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Southern New England, Inc. ("Comcast") )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Mitchell Russo )<br>)<br>Defendant )<br>) | Case No: 04-11888 WGY<br><br>**STIPULATION OF DISMISSAL** |

Now come the parties to the within action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and hereby stipulate that the within matter be dismissed, with prejudice and without costs.

Respectfully Submitted for the Plaintiff
Comcast of Southern New England, Inc.
By Its Attorney

_____
John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street
Post Office Box 210
Northampton, MA 01061-0210
(413) 584-8218
BBO No. 556328

Respectfully Submitted for the Defendant
By His Attorney

_____
Gregg S. Haladyna
56 Central Square
Chelmsford, MA 01824
(978) 256-8115
BBO No. 547254